UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN K. TICESON,

    Plaintiff,

v.

JOSEPH LEHMAN *et al.*,

    Defendants.

Case No. C05-5007RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant's Motion for summary judgment is **GRANTED** for the reasons set forth in the Report and Recommendation.

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 19th day of April, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1